792 A.2d 1175

**Edward Clarence COHEN**

v.

**STATE of Maryland.**

**No. 95, Sept. Term, 2001.**

Court of Appeals of Maryland.

March 6, 2002.

Peter E. Rose, Assistant Public Defender (Stephen E. Harris, Public Defender, on brief), of Baltimore, for Petitioner.

Leigh S. Halstad, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General of Maryland, on brief), of Baltimore, for Respondent.

---

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 6th day of March, 2002

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.